Case 1:17-mc-00009-WLS  Document 1  Filed 01/30/17  Page 1 of 5

Filed at 10:25 AM
1/30, 2017
BCL
Deputy Clerk, U.S. District Court
Middle District of Georgia

U.S. District Court
Albany Georgia

Civil
# 1:17-mc-9

Daniel Eric Cobble
#GDC758572
Sumter County Jail - Inmate Legal Mail
352 MCMATH MILL RD
AMERICUS, GA 31709

V.

Donald J. Trump U.S. President
United States Government,
U.S. District Judge Abrams
~~ from ~~ Conn.

This claim applies to one on freeworld and in carcerated every where in USA

Petition for pre-conviction Habeas Corpus Ad Prosequendum to place custody of Daniel Eric Cobble into his own custody and/or 2241 preconvict habeas for the following reasons 5th amendment due process claim

Claim 1: My current incarceration on landmass of North American continent, is in violation of 1-25-17 written executive order U.S. president Donald Trump on CNN news on TV directing

A) all illegal immigrants departed
B) all people dangerous to USA departed
C) all people accused of serious crimes departed
that are foreigners

By Daniel Eric Cobble
pro se petitioner

(pg 2)

Claim 1 continued
as legal arguments below prove

1st U.S. declaration of independence
repeal 1776 exact words say:
its citizens were transported across
seas to be tryed for pretended crimes.
Rat refers to british citizens brought to
USA illegally from england by King Henry VIII
in 14th century.

If that illegal act by England and US allowed
it were not done, I'd have been born
in London England, not Chattanooga
Tennessee USA.

So its 5th amendment due process U.S.
constitutional right violation done by
ancestors that now results in my illegal
imprisonment.

I was born Johnathon Wayne Plemons JR.
mom Karen Darlene ~~~~~ Cody
(maiden name) changed my name at age 2 to Daniel
Eric Plemons, Rex at age 5 my widows dad
has since legally adopted me so my name
changed to his Cobble

but ancestry. com shows Plemons,
Cody, and Cobble are british nobility
names except Cody was peasant british
so by above I am illegal immigrant

(P8 3)

<u>more</u> legal arguments to claim fella

also I'm British by blood, feds have my DNA to verify that

another man named exact same name as real father Johnny Wayne Fleenor is the man that financed the very 1st church of God ever in existence in the biblical history books for that church

and my moms side Buffalo Bill in old west history books in USA is also my ancestor he was William F. Cody

my grandparents, great grandparents and my parents as a kid told me all this and showed me, and Family tree image made to do in school verifys this

I am legally U.S./British dual citizenship

also I've already declared war on USA Government on 11-18 fear crime duct filers, that's a cancellation of USA government as my government, that makes me a danger to USA government

also U.S declaration of independence says when a citizen cancels USA as his gov. he has right to assign new gov. I here by assign London England as my new Government

U.S. District Court
Albany Georgia

1:17-mc-9

Daniel Eric Cobble
#GDC758572
Sumter County Jail - Inmate Legal Mail
352 MCMATH MILL RD
AMERICUS, GA 31709

v

USA
et al

Reliefs

(1) deport me to London England immediately and permanently

(2) ask British Government to restore my ancestors Rights, Lands, monies, etc etc., to recapture new, pseudonyms, code names

(3) enter a US Presidents 1935-17 executive orders as supports to my claim

(4) enter a US declaration of independence as support to my claim

(5) ask British Government to give me permanent political asylum against USA

(6) inform USA President of this request, not his flunkies, before...

by Daniel Eric Cobble
pro se petitioner

Certificate of Service

This is to certify that I have this day served opposing counsel prior to filing by clerk electronic filing system

U.S. Attorney General Jeff Sessions U.S. Dept. of Justice
950 Pennsylvania Ave
Washington DC 20530-0001

This 27th day of Jan 2017 / Daniel [illegible]
pro se petitioner